# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ISAAC JEROME SMITH,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 1:24-cv-0232-LCB-JHE |
| | ) |
| **WARDEN M. KIMBERLY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Isaac Jerome Smith filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On February 4, 2025, the magistrate judge entered a report recommending the court grant the respondent's motion to dismiss (Doc. 15) and dismiss the petition as moot. (Doc. 17). Although the magistrate judge advised the parties of their right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the respondent's motion to dismiss (Doc. 15) is due to be granted and the petition is due to be dismissed as moot.

A Final Judgment will be entered. The Clerk is directed to close this action.

**DONE** and **ORDERED** March 3, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE